# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| IN RE:<br>**KEVIN LEONARD MANIGO,**<br>    Debtor. | **CHAPTER 13**<br>**CASE NO.: 22-30145-KLP** |
| _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ |
| **U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST C/O U.S. BANK TRUST NATIONAL ASSOCIATION,**<br><br>    Movant,<br>v.<br><br>**KEVIN LEONARD MANIGO,**<br>    Debtor,<br>AND<br>**CARL M. BATES**<br>    Trustee,<br>    Respondents. | |

## CONSENT ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

Upon consideration of the Motion of U.S. Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association (the "Movant") for relief from the automatic stay filed on May 12, 2022 and upon argument of counsel at the hearing on June 22, 2022 and by agreement of counsel thereafter; it is

Brandon R Jordan
Virginia Bar # 72170
Robertson, Anschutz, Schneid, Crane & Partners PLLC
11900 Parklawn Drive, Suite 310
Rockville, MD 20852
Telephone: 844-442-2150
Fax: 240-238-2767
Email: bjordan@raslg.com

ORDERED that effective August 15, 2022 the automatic stay imposed by 11 U.S.C. § 362(a) is modified to permit the Movant to enforce the lien of its Deed of Trust as it pertains to the real property located at 10109 Stanley Court, Spotsylvania, Virginia 22553 and which is more particularly described in the Deed of Trust as:

Legal Description

All that certain lot or parcel of land with all buildings and improvements thereon, situate, lying and being in Courtland Magisterial District, Spotsylvania County, Virginia, described as LOT 36, SECTION 2, FAIRFIELD WOODS, as shown on plat of SUBDIVISION, SECTION TOW, FAIRFIELD WOODS, made by Sullivan, Donahoe and Ingalls, dated December 3, 1987, and recorded in the Clerk's Office of the Circuit Court of Spotsylvania County, Virginia, in Plat File 2, at Pages 251 and 252.

which relief shall extend to the purchaser at the foreclosure sale to allow the purchaser to take such action under state law, as may be necessary, to obtain possession of the property.

DONE this ___ day of _____, 2022.

Jul 19 2022

/s/ Keith L Phillips
_____
Hon. Keith L. Phillips
United States Bankruptcy Judge

Entered on the docket: Jul 20 2022

I ASK FOR THIS:
**/s/ BRANDON R. JORDAN**
Brandon R. Jordan, Esquire
Robertson Anschutz, Schneid, Crane &
Partners, PLLC
11900 Parklawn Drive, Suite 310
Rockville, MD 20852
Telephone: 844-442-2150
Email: bjordan@raslg.com
*Counsel for Movant*


SEEN AND AGREED:
**/s/  Henry W. McLaughlin, III**
Henry W. McLaughlin, III
The Law Office of Henry McLaughlin, P.C.
Eighth and Main Building
707 East Main Street
Suite 1050
Richmond, VA 23219
*Counsel for Debtor*

SEEN:
**/s/ Carl M. Bates**
Carl M. Bates
P. O. Box 1819
Richmond, VA 23218
*Chapter 13 Trustee*


## CERTIFICATION

The undersigned certifies that the foregoing Consent Order Granting Relief from the Automatic Stay is in compliance with form order required by Administrative Order 10-2, has been endorsed by all parties as required by Local Bankruptcy Rule 9022, and that no modifications, additions, or deletions have been made.


        **/s/ BRANDON R. JORDAN**
        Brandon R. Jordan, Esquire

**SERVICE LIST**

**Copy to:**

Kevin Leonard Manigo
10109 Stanley Ct
Spotsylvania, VA 22553
SPOTSYLVANIA-VA

Carl M. Bates
P. O. Box 1819
Richmond, VA 23218

John P. Fitzgerald, III
Office of the US Trustee - Region 4 -R
701 E. Broad Street, Ste. 4304
Richmond, VA 2321

Henry W. McLaughlin, III
The Law Office of Henry McLaughlin, P.C.
Eighth and Main Building
707 East Main Street
Suite 1050
Richmond, VA 23219

Brandon R. Jordan, Esquire
Robertson Anschutz, Schneid, Crane &
Partners, PLLC
11900 Parklawn Drive, Suite 310
Rockville, MD 20852
Telephone: 844-442-2150
Email: bjordan@raslg.com