# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| IN RE:<br>**KEVIN LEONARD MANIGO,**<br>    Debtor. | **CHAPTER 13**<br>**CASE NO.: 22-30145-KLP** |
| **U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST C/O U.S. BANK TRUST NATIONAL ASSOCIATION,**<br><br>    Movant,<br>v.<br><br>**KEVIN LEONARD MANIGO,**<br>    Debtor,<br>**AND**<br>**CARL M. BATES**<br>    Trustee,<br>    Respondents. | |

## **CONSENT ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

Upon consideration of the Motion of U.S. Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association (the "Movant") for relief from the automatic stay filed on May 12, 2022 and upon argument of counsel at the hearing on June 22, 2022 and by agreement of counsel thereafter; it is

Brandon R Jordan
Virginia Bar # 72170
Robertson, Anschutz, Schneid, Crane & Partners PLLC
11900 Parklawn Drive, Suite 310
Rockville, MD 20852
Telephone: 844-442-2150
Fax: 240-238-2767
Email: bjordan@raslg.com

ORDERED that effective August 15, 2022 the automatic stay imposed by 11 U.S.C. § 362(a) is modified to permit the Movant to enforce the lien of its Deed of Trust as it pertains to the real property located at 10109 Stanley Court, Spotsylvania, Virginia 22553 and which is more particularly described in the Deed of Trust as:

Legal Description

All that certain lot or parcel of land with all buildings and improvements thereon, situate, lying and being in Courtland Magisterial District, Spotsylvania County, Virginia, described as LOT 36, SECTION 2, FAIRFIELD WOODS, as shown on plat of SUBDIVISION, SECTION TOW, FAIRFIELD WOODS, made by Sullivan, Donahoe and Ingalls, dated December 3, 1987, and recorded in the Clerk's Office of the Circuit Court of Spotsylvania County, Virginia, in Plat File 2, at Pages 251 and 252.

which relief shall extend to the purchaser at the foreclosure sale to allow the purchaser to take such action under state law, as may be necessary, to obtain possession of the property.

DONE this ___ day of _____, 2022.

Jul 19 2022

/s/ Keith L Phillips
_____
Hon. Keith L. Phillips
United States Bankruptcy Judge

Entered on the docket: Jul 20 2022

I ASK FOR THIS:
**/s/ BRANDON R. JORDAN**
Brandon R. Jordan, Esquire
Robertson Anschutz, Schneid, Crane &
Partners, PLLC
11900 Parklawn Drive, Suite 310
Rockville, MD 20852
Telephone: 844-442-2150
Email: bjordan@raslg.com
*Counsel for Movant*


SEEN AND AGREED:
**/s/ Henry W. McLaughlin, III**
Henry W. McLaughlin, III
The Law Office of Henry McLaughlin, P.C.
Eighth and Main Building
707 East Main Street
Suite 1050
Richmond, VA 23219
*Counsel for Debtor*

SEEN:
**/s/ Carl M. Bates**
Carl M. Bates
P. O. Box 1819
Richmond, VA 23218
*Chapter 13 Trustee*


**CERTIFICATION**

     The undersigned certifies that the foregoing Consent Order Granting Relief from the Automatic Stay is in compliance with form order required by Administrative Order 10-2, has been endorsed by all parties as required by Local Bankruptcy Rule 9022, and that no modifications, additions, or deletions have been made.


                                              **/s/ BRANDON R. JORDAN**
                                              Brandon R. Jordan, Esquire

**SERVICE LIST**

**Copy to:**

Kevin Leonard Manigo
10109 Stanley Ct
Spotsylvania, VA 22553
SPOTSYLVANIA-VA

Carl M. Bates
P. O. Box 1819
Richmond, VA 23218

John P. Fitzgerald, III
Office of the US Trustee - Region 4 -R
701 E. Broad Street, Ste. 4304
Richmond, VA 2321

Henry W. McLaughlin, III
The Law Office of Henry McLaughlin, P.C.
Eighth and Main Building
707 East Main Street
Suite 1050
Richmond, VA 23219

Brandon R. Jordan, Esquire
Robertson Anschutz, Schneid, Crane &
Partners, PLLC
11900 Parklawn Drive, Suite 310
Rockville, MD 20852
Telephone: 844-442-2150
Email: bjordan@raslg.com

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                                          Case No. 22-30145-KLP
Kevin Leonard Manigo                                                 Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-7                                        User:                                                      Page 1 of 2
Date Rcvd: Jul 20, 2022                               Form ID: pdford1                                    Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol     Definition**
+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Kevin Leonard Manigo, 10109 Stanley Ct, Spotsylvania, VA 22553-7618 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: ustpregion04.rh.ecf@usdoj.gov | Jul 21 2022 00:08:00 | UST smg Richmond, Office of the U. S. Trustee, 701 East Broad St., Suite 4304, Richmond, VA 23219-1849 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2022                             Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brandon R. Jordan | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association bjordan@raslg.com, rascrane@ecf.courtdrive.com |
| Carl M. Bates | station01@richchap13.com station10@richchap13.com;station03@richchap13.com;station07@richchap13.com;station06@richchap13.com |
| Giselle Velez | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as owner trustee for RCF 2 |

Acquisition Trust c/o U.S. Bank Trust National Association gvelez@rasflaw.com

Henry W. McLaughlin, III

on behalf of Debtor Kevin Leonard Manigo henry@mclaughlinvalaw.com mclaughlinhr92496@notify.bestcase.com;henry4@mclaughlinvalaw.com

John P. Fitzgerald, III

USTPRegion04.RH.ECF@usdoj.gov

TOTAL: 5