UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re: Kevin Leonard Manigo                                  Case No:    22-30145

## O R D E R

This cause came on to be heard upon the Trustee's Motion to Dismiss for unreasonable delay that is prejudicial to creditors.

It appearing to the Court that the Debtor has failed to comply with the requirement of 11 U.S.C. § 1325.

It is ORDERED, ADJUDGED and DECREED that the petition filed herein by the Debtor under Chapter 13 is and the same be hereby dismissed.

It is further ORDERED that any funds received by the Chapter 13 Trustee will be paid first to any costs of administration and the balance remitted to the debtor.

The Clerk shall serve a copy of this Order on the Debtor(s), their Attorney and the Chapter 13 Trustee.

Dated: Jan 26 2023

/s/ Keith L Phillips
_____
Judge

RICHMOND, VIRGINIA
_____

I ASK FOR THIS:

/s/Carl M. Bates
Carl M. Bates
Standing Chapter 13 Trustee
P. O. Box 1819
Richmond, VA 23218
(804) 237-6800
VSB #27815

NOTICE OF JUDGMENT OR ORDER
Entered On Docket Jan 26 2023